RICHARD ALLEN MARSHALL, APPELLANT, v. THE STATE OF NEVADA, RESPONDENT.

No. 6505

November 22, 1971                    490 P.2d 1056

*Robert G. Legakes,* Public Defender, and *Thomas D. Beatty,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, of Carson City; *Roy A. Woofter,* District Attorney, and *Charles L. Garner,* Chief Deputy District Attorney for Appeals, Clark County, for Respondent.

## OPINION

*Per Curiam:*

Marshall, appellant-defendant, was tried before a jury and

found guilty of burglary, a violation of NRS 205.060. Appellant asserts on appeal that there was insufficient evidence adduced at his trial to support his conviction. It is a long established rule of this court that upon appeal we must sustain a conviction if the record contains substantial evidence to support the conviction. We have reviewed the record and find therein substantial evidence to support the appellant's conviction and prove each and every element of the crime with which he was charged. Collins v. State, 87 Nev. 436, 488 P.2d 544 (1971); Graham v. State, 86 Nev. 290, 467 P.2d 1016 (1970); McGuire v. State, 86 Nev. 262, 468 P.2d 12 (1970); Cross v. State, 85 Nev. 580, 460 P.2d 151 (1969).

We have reviewed and considered the other assertion of error and find it to be without merit.

The judgment of conviction is affirmed.